# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RICHARD ZIELINSKI & DONNA ZIELINSKI  Case Number: 08-73662
10105 STACY LANE  SSN-xxx-xx-6874 & xxx-xx-9980
UNION, IL  60180

Case filed on: 11/12/2008
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $0.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | COSTELLO & COSTELLO PC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | NORTHLAND GROUP INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | DISCOVER CARD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | RICHARD ZIELINSKI | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | HINSDALE BANK & TRUST | 1,700.00 | 1,700.00 | 0.00 | 0.00 |
| 002 | NATIONAL CITY BANK | 21,929.66 | 21,929.66 | 0.00 | 0.00 |
| 003 | NISSAN MOTOR ACCEPTANCE CORP | 7,781.25 | 7,781.25 | 0.00 | 0.00 |
| 004 | THOMAS & CELIA WOLTERS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 31,410.91 | 31,410.91 | 0.00 | 0.00 |
| 005 | ADVOCATE GOOD SHEPHERD HOSP | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMERICAN EXPRESS CENTURION BANK | 8,250.93 | 825.09 | 0.00 | 0.00 |
| 007 | LVNV FUNDING LLC | 5,831.47 | 583.15 | 0.00 | 0.00 |
| 008 | LHR INC | 6,481.59 | 648.16 | 0.00 | 0.00 |
| 009 | BENEFICIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 753.54 | 75.35 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 10,975.45 | 1,097.54 | 0.00 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 23,173.52 | 2,317.35 | 0.00 | 0.00 |
| 013 | ROUNDUP FUNDING LLC | 3,744.94 | 374.49 | 0.00 | 0.00 |
| 014 | LVNV FUNDING LLC | 14,132.19 | 1,413.22 | 0.00 | 0.00 |
| 015 | CITIBANK (SOUTH DAKOTA) NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | DFS SERVICES LLC | 16,514.31 | 1,651.43 | 0.00 | 0.00 |
| 019 | DISCOVER CARD FINANCIAL SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | FIRST BANKCARD CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | GE CONSUMER FINANCE | 5,731.61 | 573.16 | 0.00 | 0.00 |
| 022 | SEARS PREMIER CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ECAST SETTLEMENT CORPORATION | 6,033.66 | 603.37 | 0.00 | 0.00 |
| 024 | PRA RECEIVABLES MANAGEMENT LLC | 14,286.40 | 1,428.64 | 0.00 | 0.00 |
| 025 | ERIC ZIELINSKI | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | DFS SERVICES LLC | 14,815.70 | 1,481.57 | 0.00 | 0.00 |
| 027 | ROUNDUP FUNDING LLC | 656.21 | 65.62 | 0.00 | 0.00 |
| 028 | ROUNDUP FUNDING LLC | 726.09 | 72.61 | 0.00 | 0.00 |
| 029 | ROUNDUP FUNDING LLC | 337.26 | 33.73 | 0.00 | 0.00 |
| 030 | HSBC BANK N/A | 20,112.32 | 2,011.23 | 0.00 | 0.00 |
| 031 | ECAST SETTLEMENT CORPORATION | 819.01 | 81.90 | 0.00 | 0.00 |
|  | Total Unsecured | 153,376.20 | 15,337.61 | 0.00 | 0.00 |
|  | Grand Total: | 184,787.11 | 46,748.52 | 0.00 | 0.00 |

Total Paid Claimant: $0.00
Trustee Allowance: $0.00
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009                    By  /s/Heather M. Fagan